IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FREDDIE F., | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:21-cv-148-JTA |
| | ) (WO) |
| LEE DUDEK, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|   Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner is hereby AFFIRMED and this case is dismissed with prejudice.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of March, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE